▮

■

CITY OF ELMIRA, by ELMIRA PARKING AUTHORITY, Respondent, v. LENA A. SAGINARIO, Appellant.— ▮
Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

■

In the Matter of the Claim of HYMAN GALITZER, Respondent. ISADOR LUBIN, as Industrial Commissioner, Appellant.— ▮

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

■

In the Matter of the Estate of NELLIE C. HARTSHORN, Deceased.— ▮
Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

■

In the Matter of the Claim of THOMAS TIEBOUT, Respondent. DENGLER BROS. INC., Appellant; ISADOR LUBIN, as Industrial Commissioner, Respondent. In the Matter of DENGLER BROS. INC., Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— ▮

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

■

REBECCA M. CRAFT, Respondent, v. KATIE G. SANFORD et al., Appellants.— ▮

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See ante, p. 1122.]

■

MARLBOROUGH MANUFACTURING & SUPPLY Co., Respondent, v. THOMAS G. BOCCHINO, Appellant.— ▮

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See ante, p. 1060; 1 A D 2d 751.]

■

LLOYD BULL, Appellant, v. JOSEPH E. DREW, Respondent. VILLAGE OF WATERFORD, Appellant, v. JOSEPH E. DREW, Respondent. RAYMOND ROCQUE, Appellant, v. JOSEPH E. DREW, Respondent. LEO WILLI, Appellant, v. JOSEPH E. DREW, Respondent. JOSEPH E. DREW, Respondent, v. VILLAGE OF WATERFORD et al., Appellants.— ▮